**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kenneth J. Laird, | ) No. CV-00-2410-PHX-JAT |
|      Petitioner, | ) |
| vs. | ) |
| Terry Stewart, et al., | ) **ORDER** |
|      Respondents. | ) |

This Court having entered judgment,

**IT IS ORDERED** that the Clerk of Court shall expeditiously return the state court records received on February 28, 2001, to the Clerk of the Arizona Supreme Court, 1501 W. Washington Street, Phoenix, Arizona 85007-3329.

DATED this 9th day of December, 2010.

*[signature]*
James A. Teilborg
United States District Judge